# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAROL CALLAWAY,**

       **Plaintiff,**

**v.**                                                    Case No:  6:13-cv-1561-Orl-22TBS

**MARTIN KITTLER,**

       **Defendant.**

## ORDER

This cause is before the Court on Defendant's Motion to Quash Service of Process and/or Motion to Dismiss for Insufficient Service of Process (Doc. No. 4) filed on October 8, 2013 (originally filed in state court September 9, 2013).

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 29, 2013 (Doc. No. 14), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Quash Service of Process and/or Motion to Dismiss for Insufficient Service of Process is hereby GRANTED in part and DENIED in part. The Motion to Quash Service of Process is GRANTED. The Motion to Dismiss is DENIED. Plaintiff is directed to serve the Defendant in accordance with the Hague Convention.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties